HENRY W. KING & CO. v. J. J. FOLTZ AND FLORENCE O. FOLTZ. No. 11,072. (59 Pac. 640.) Error from Decatur district court. Opinion filed January 6, 1900. *Reversed.* Tully Scott, for plaintiffs in error. Bertram & Wilson, for defendants in error.

THE CITY OF KANSAS CITY v. G. FROWERK. No. 11,111. Error from Wyandotte district court. Opinion filed January 6, 1900. *Certified.* T. A. Pollock, and G. B. Watson, for plaintiff in error. Angevine & Cubbison, for defendant in error.

PAWTUCKET MUTUAL FIRE INSURANCE COMPANY v. GEORGE R. LANDERS. No. 11,376. (59 Pac. 1115.) Error from Harper district court. Opinion filed January 6, 1900. *Reversed.* Beardsley & Gregory, for plaintiff in error. E. C. Wilcox, for defendant in error.

JOHN T. SIMS v. EVAN H. BROWN, as *Receiver of the Citizens' Bank of Kansas City, Kansas.* No. 11,404. Error from Wyandotte district court. Opinion filed January 6, 1900. *Certified.* John T. Sims, and L. C. True, for plaintiff in error. Scroggs & McFadden, for defendant in error.

GEORGE P. IDE v. H. V. LOVING. No. 11,411. (59 Pac. 1114.) Error from Sumner district court. Opinion filed January 6, 1900. *Affirmed.* Sankey & Campbell, for plaintiff in error. James A. Ray, and Herrick & Rogers, for defendant in error.

NEOSHO VALLEY INVESTMENT COMPANY v. HANNAH HUSTON. No. 11,421. (59 Pac. 643.) Error from Labette district court. Opinion filed January 6, 1900. *Affirmed.* A. D. Neale, for plaintiff in error. Nelson Case, for defendant in error.

A. R. GLASSCOCK v. H. A. SHOWEN. No. 11,437. (59 Pac. 1114.) Error from Franklin district court. Opinion filed January 6, 1900. *Affirmed.* Benson & Smart, and Goldsby & Farrar, for plaintiff in error. John W. Deford, and W. A. Deford, for defendant in error.

MARGARET C. BATES v. SAMUEL L. BATES et al. No. 11,440. (59 Pac. 639.) Error from Miami district court. Opinion filed January 6, 1900. *Affirmed.* Snoddy & Snoddy, for plaintiff in error. T. A. McCaslin, F. M. Sheridan, and W. P. Hackney, for defendants in error.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF FORD et al. v. N. B. KLAINE. No. 11,446. (59 Pac. 1113.) Error from Ford district court. Opinion filed January 6, 1900. *Dismissed.* Reeves & Kirkpatrick, and Milton Brown, for plaintiff in error. Sutton & Madison, for defendant in error.

KINGMAN & CO. v. DAN. M. CONWAY et al. No. 11,388. (59 Pac. 1084.) Error from Norton district court. Opinion filed February 10, 1900. *Affirmed.* L. H. Thompson, and Ellis, Reed, Cook & Ellis, for plaintiffs in error. J. R. Hamilton, J. P. Conway, and Wm. R. Hiles, for defendants in error.

THE KANSAS CITY, FORT SCOTT & MEMPHIS RAILROAD COMPANY v. L. CHAMBERLAIN. No. 11,420. (60 Pac. 15.) Error from Johnson district court. Opinion filed February 10, 1900. *Affirmed.* Pratt, Dana & Black, and Waggener, Horton & Orr, for plaintiff in error. Ogg & Scott, for defendant in error.